THE STATE EX REL. PLAIN DEALER PUBLISHING COMPANY
*v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY.

[Cite as *State ex rel. Plain Dealer Publishing Co. v. Cuyahoga
Cty. Court of Common Pleas* (2000), 90 Ohio St.3d 272.]

(No. 00–301—Submitted September 26, 2000—Decided November 8, 2000.)

---

*Baker & Hostetler L.L.P., Kyle B. Fleming* and *Jeffrey T. Williams,* for relator.

*Gold, Schwartz & Co., L.P.A., Niki Z. Schwartz, Orville E. Stifel II* and *Jennifer E. Schwartz,* for respondent.

*William D. Mason,* Cuyahoga County Prosecuting Attorney, and *Randi Marie Ostry,* Assistant Prosecuting Attorney, in support of respondent, for *amicus curiae* state of Ohio.

*David H. Hoffmann,* in support of respondent, for *amicus curiae* Ohio Prosecuting Attorneys Association.

*Friedman & Gilbert, Terry H. Gilbert, Gordon S. Friedman* and *George H. Carr,* in support of respondent, for *amicus curiae* Charles Murray, special administrator of the estate of Samuel H. Sheppard.

---

The cause is dismissed because the issue is now moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

COOK, J., dissents.

---

COOK, **J., dissenting.** I would grant the writ. Though an opinion by this court at this juncture would not affect the case at bar, the decision could set parameters for future cases.